**Antwane SANDERS, Movant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 76835.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 19, 2000.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, Jr., J., and JAMES R. DOWD, J.

### O R D E R

PER CURIAM.

Movant, Antwane Sanders, appeals from the denial of his Rule 29.15 motion, after an evidentiary hearing.

The judgment of the trial court is based on findings of fact that are not clearly erroneous; no error of law appears. An extended opinion would have no precedential value.

The judgment of the trial court is affirmed. Rule 84.16(b).